O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ASHLEY CLARKE, | Case No. 8:24-cv-02755-MWC-KES |
|---|---|
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |
| ORANGE COUNTY SOCIAL SERVICES AGENCY, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 10).  No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Second Amended Complaint with prejudice and without leave to amend.

`DATED:  August 26, 2025

_____
MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE