JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY CLARKE,<br><br>    Plaintiff,<br><br>v.<br><br>ORANGE COUNTY SOCIAL SERVICES AGENCY, et al.,<br><br>    Defendants. | Case No. 8:24-cv-02755-MWC-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Second Amended Complaint and entire action is dismissed with prejudice.

DATED: August 26, 2025

_____
MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE